**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Tasha Callahan

                                                Plaintiff,

v.                                                                     Case No.: 1:23–cv–02072
                                                                                Honorable Jeremy C. Daniel

The Procter & Gamble Company

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 2, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The Court advised the plaintiff that it would enter judgment dismissing the plaintiff's complaint with prejudice if the plaintiff failed to file an amended complaint that states at least one claim. The plaintiff has not filed an amended complaint, therefore this action is dismissed with prejudice. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.